## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD R. FERRARA, | : | CIVIL ACTION |
| vs. | : | |
| AXA EQUITABLE LIFE INSURANCE COMPANY | : | NO. 15-04969 |

### O R D E R

**AND NOW, TO WIT:** This 9th day of December, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                      **MICHAEL E. KUNZ**, Clerk of Court

                      **BY:** */s/ Katie Furphy*
                            Katie Furphy
                            Civil Deputy Clerk

Copies Emailed on 12/9/15 to:
  Charles J. Arena, Esq.
  Steven J. Schildt, Esq.

Civ 2 (7/83)

41.1(b)